WM. R. GRATZ CO., INC., Respondent, v. MARIO MACCAFERRI, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MICHAEL MOSKOL, Respondent, v. GERARD M. IVES, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of EMIDIO MILANI, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JACOB BELSKY, Respondent, v. BARNET GINSBURG & NAT ABELSON, INC., Appellant.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

BELLE E. SOMMERICH, Respondent, v. JOSEPH B. MILLER, Individually and as Trustee of Series N-69 of New York Title and Mortgage Company, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

THEA LEBRON, Respondent, v. CAFE CABARET MOZART, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Arbitration between KATHERINE M. McKINNEY, Appellant, and JOHN McD. McKINNEY, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIACOMO VERRANDO, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

EDWARD S. SILVER, as Trustee in Bankruptcy of PHILIP PREVER, Respondent, v. PHILIP PREVER et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CORONADO DEVELOPMENT CORPORATION, Appellant, v. SEVERANCE A. MILLIKIN, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

FRANCES L. ELBERTY, Respondent, v. ROBERT S. ELBERTY, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

LAURA E. CONWELL, Individually and Doing Business as PRECISION TOOL COMPANY, Respondent, v. BARBER-COLMAN COMPANY, Defendant, and MEYERS C. CONWELL, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.